ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 MAY 24  PM 4:01
DEPUTY CLERK __MS__

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-cr-154-O |
| GARRETT HAYDEN (01) | |

### INDICTMENT

The Grand Jury Charges:

#### Count One

Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841)

On or about March 6, 2022, in the Fort Worth Division of the Northern District of Texas, defendant **Garrett Hayden** did knowingly and intentionally possess with intent to distribute 50 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Forfeiture Notice
21 U.S.C. § 853

Pursuant to 21 U.S.C. § 853(a), upon conviction of Count One, the defendant, **Garrett Hayden**, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense in Count One, and any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense in Count One, including but not limited to, any controlled substances, drug paraphernalia, proceeds, firearms, and ammunition seized in the investigation of the offense, to include:

a. A Sig Sauer, model P365, 9mm caliber pistol, bearing serial number 6B536771.

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: laura.montes@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

GARRETT HAYDEN (01)

INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)
Possession of a Controlled Substance with Intent to Distribute
Count 1

21 U.S.C. § 853
Forfeiture

A true bill rendered

DALLAS                                                                      FOREPERSON

Filed in open court this 24th day of May, 2022.

**Warrant to Issue - Defendant in State Custody**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending